No. 699. JAMES AKEROYD & SON v. UNITED STATES. March 21, 1932. Petition for writ of certiorari to the

Court of Customs and Patent Appeals denied. *Mr. J. Stuart Tompkins* for petitioner. *Solicitor General Thacher, Assistant Attorney General Lawrence,* and *Messrs. Claude R. Branch* and *Wm. H. Riley, Jr.,* for the United States.